UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

Scott L. Poff
Clerk

OFFICE OF THE CLERK
P.O. Box 8286
SAVANNAH, GEORGIA 31412

(912)650-4020

RE: The Ford Plantation Club, Inc., v. Michael McKay

### NOTICE TO ALL COUNSEL OF RECORD

Take notice that the above-styled NOTICE OF REMOVAL has been docketed in the Southern District of Georgia, Savannah Division.

The Civil Action Number assigned to this case is: CV417-23

The case was filed and docketed on 2/10/17,

and has been assigned to Judge William T. Moore, Jr.

THE REMOVING PARTY IS DIRECTED TO FILE A STATEMENT ENUMERATING ALL MOTIONS PENDING IN SAID CASE WITHIN THE STATE COURT AT THE TIME OF REMOVAL. THE REMOVING PARTY IS ALSO DIRECTED THAT COPIES OF ALL PENDING MOTIONS AND RESPONSES SHALL BE PROVIDED TO THE COURTROOM DEPUTY CLERK FOR THE PRESIDING JUDGE WITHIN TEN (10) DAYS OF REMOVAL.

DATE: 2/10/17

cc:
Bowen
Barrow

SCOTT L. POFF, CLERK

BY: s/ Wprescott
Deputy Clerk