FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2018 MAR 29 AM 11: 41
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| THE FORD PLANTATION CLUB, INC. and THE FORD PLANTATION ASSOCIATION, INC., <br><br>Plaintiffs and Counter-Defendants, <br><br>v. <br><br>MICHAEL McKAY and TARA HILL REVOCABLE TRUST, <br><br>Defendants and Counter-Claimants. | CASE NO. CV417-023 |

## O R D E R

Before the Court are Defendant Beth McKay's Motion to Dismiss for Lack of Jurisdiction (Doc. 14) and Motion for Hearing (Doc. 18). Plaintiffs have subsequently filed an amended complaint, which does not name Defendant Beth McKay as a party. (Doc. 28.) Accordingly, Defendant Beth McKay's motions are **DISMISSED AS MOOT**.

SO ORDERED this 29th day of March 2018.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA