FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2020 JAN -6 PM 2:46

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| THE FORD PLANTATION CLUB, INC. and THE FORD PLANTATION ASSOCIATION, INC., | ) ) ) ) | |
| Plaintiffs and Counter-Defendants, | ) ) ) ) | |
| v. | ) ) | CASE NO. CV417-023 |
| MICHAEL MCKAY, Individually and as Trustee of the TARA HILL I REVOCABLE TRUST, | ) ) ) ) | |
| Defendants and Counter-Claimants. | ) ) ) ) | |

**O R D E R**

After granting Plaintiffs' Motion for Partial Summary Judgement and Motion for Summary Judgment, the Court directed Plaintiffs "to provide this Court with an updated calculation of damages, including the per diem interest rate for both the outstanding Association dues and outstanding Club dues." (Doc. 46 at 17.) Plaintiffs have since complied. (Doc. 48.) Defendants did not respond to Plaintiffs' calculations. Defendants, however, did move for reconsideration of this Court's order granting summary judgment to Plaintiffs (Doc. 49), which this Court denied on December 20, 2019 (Doc. 52).

In their first supplement to their motions for summary judgment, Plaintiffs state that, as of December 4, 2019, Defendants are indebted to Plaintiff The Ford Plantation Club, Inc. in the amount of $236,281.77 and that interest on Defendants' Club dues continues to accrue at the rate of $27.40 per day. (Doc. 48 at 4.) In regards to Plaintiff The Ford Plantation Association, Inc., Plaintiffs state that, as of December 4, 2019, Defendants are indebted to The Ford Plantation Association, Inc. in the amount of $27,705.64 and that interest on Defendants' Association dues continues to accrue at the rate of $6.15 per day. (Id.) Plaintiffs also state that they have incurred attorneys' fees and costs in the amount of $56,178.15. (Id. at 5.)

After careful review, the Court finds that it needs additional information before entering final judgment in this action. Although Plaintiffs state that they have incurred attorneys' fees and expenses of litigation in the amount of $56,178.15 (Doc. 48 at 5), there is no supporting documentation for the amount sought. Plaintiffs have not included any billing or time records or any records detailing the specifics of the costs claimed. Thus, there

is no supporting documentation outlining the hours expended, the hourly rate requested, or the costs and expenses claimed. Additionally, while the Court is cognizant that Plaintiffs are jointly represented by the same counsel, this Court would be aided by the documentation clearly delineating the amount of attorneys' fees owed to each Plaintiff. Accordingly, the Court **DIRECTS** Plaintiffs to further supplement their request by providing this Court with documentation, including contemporaneous time records, billing records, and other records to substantiate the hours and costs claimed, within **ten (10) days** of the date of this Order. The documentation should, to the extent possible, delineate the amount of attorneys' fees and costs owed to each Plaintiff.

SO ORDERED this 6th day of January 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA