IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

THE FORD PLANTATION CLUB, )
INC. and THE FORD PLANTATION )
ASSOCIATION, INC., )
 )
    Plaintiffs and Counter- )
    Defendants, )
 )
v. ) CASE NO. CV417-023
 )
MICHAEL MCKAY, Individually )
and as Trustee of the TARA )
HILL I REVOCABLE TRUST, )
 )
    Defendants and Counter- )
    Claimants. )

# ORDER

After granting Plaintiffs' Motion for Partial Summary Judgment and Motion for Summary Judgment, the Court directed Plaintiffs "to provide this Court with an updated calculation of damages, including the per diem interest rate for both the outstanding Association dues and outstanding Club dues." (Doc. 46 at 17.) Plaintiffs have since complied. (Doc. 48; Doc. 54.) Defendants did not respond to Plaintiffs' calculations. Defendants, however, did move for reconsideration of this Court's order granting summary judgment to Plaintiffs (Doc. 49), which this Court denied on December 20, 2019 (Doc. 52).

In their first supplement to their motions for summary judgment, Plaintiffs state that, as of December 4, 2019, Defendants are indebted to Plaintiff The Ford Plantation Club, Inc. in the amount of $236,281.77 and that interest on Defendants' Club dues continues to accrue at the rate of $27.40 per day. (Doc. 48 at 4.) In regards to Plaintiff The Ford Plantation Association, Inc., Plaintiffs state that, as of December 4, 2019, Defendants are indebted to The Ford Plantation Association, Inc. in the amount of $27,705.64 and that interest on Defendants' Association dues continues to accrue at the rate of $6.15 per day. (Id.) Plaintiffs also state that they have incurred attorneys' fees and costs in the amount of $56,178.15.[1] (Id. at 5.)

After careful review, the Court accepts Plaintiffs' calculations. Accordingly, judgment is hereby rendered in

---

[1] In their first response, Plaintiffs attached the affidavit of Regina Welch, Chief Financial Officer of Plaintiffs, who stated that Plaintiffs had incurred attorneys' fees and expenses in the amount of $56,178.15. (Doc. 48 at 5.) This Court requested documentation supporting the attorney fee request (Doc. 53) and Plaintiffs complied (Doc. 54). In their second response, the attorneys' fees documentation indicates that Plaintiffs have incurred $58,924.63 in attorneys' fees and expenses. (Doc. 54, Attach. 1 at 1.) However, because Plaintiffs have only requested $56,178.15 in attorneys' fees and expenses, that is the amount that this Court awards.

favor of Plaintiff Ford Plantation Club, Inc. and against Defendants in the amount of (1) $236,281.77 in unpaid principal and interest, (2) the daily interest accrued from December 5, 2019, to the date of this Order at the rate specified above, and (3) jointly with Plaintiff Ford Plantation Association, Inc., attorneys' fees and costs in the amount of $56,178.15; and in favor of Plaintiff Ford Plantation Association, Inc. and against Defendants in the amount of (1) $27,705.64 in unpaid principal and interest, (2) the daily interest accrued from December 5, 2019, to the date of this Order at the rate specified above, and (3) jointly with Plaintiff Ford Plantation Club, Inc., attorneys' fees and costs in the amount of $56,178.15. The Clerk of Court is **DIRECTED** to enter judgment consistent with this Order and close this case.

SO ORDERED this 16th day of January 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA