# United States District Court
## Southern District of Georgia

The Ford Plantation Club, Inc., The Ford Plantation
Association, Inc.

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV417-23

Michael McKay, Tara Hill I Revocable Trust,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Judgment is entered in favor of Plaintiff Ford Plantation Club, Inc. and against Defendants in the amount of $236,281.77 in unpaid principal and interest, the daily interest accrued from December 5, 2019, to the date of this Order at the rate specified above, and jointly with Plaintiff Ford Plantation Association, Inc., attorneys' fees and costs in the amount of $56,178.15; and in favor of Plaintiff Ford Plantation, Inc. and against Defendants in the amount of $27,705.64 in unpaid principle and interest, the daily interest accrued from December 5, 2019 to the date of this Order at the rate specified above, and jointly with Plaintiff Ford Plantation Club, Inc., attorneys' fees and costs in the amount of $56,178.15

January 16, 2020
*Date*

Scott L. Poff
*Clerk*

(By) Deputy Clerk